UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division
**Case Number: 16-14377-CIV-MARTINEZ-WHITE**
**Case Number: 15-14046-CR-MARTINEZ**

DAVID ALLEN SPARKS,
     Movant,

vs.

UNITED STATES OF AMERICA,
     Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Movant's *pro se* motion to vacate, filed pursuant to 28 U.S.C. § 2255 [ECF No. 1]. Magistrate Judge White filed a Report and Recommendation [ECF No. 9], recommending that (a) the motion to vacate be denied; (b) that no certificate of appealability issue; and (c) that the case be closed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation [ECF No. 9] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1.    Movant's *pro se* motion to vacate, filed pursuant to 28 U.S.C. § 2255 [ECF No. 1], is **DENIED**.

2.    A certificate of appealability is **DENIED**. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**. A final judgment shall be entered by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this **21** day of December, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
David Allen Sparks, #08446-104